THOMAS *v.* KELLY.

[No. 17,321. Filed February 2, 1945.]

*P. F. Mason, L. A. Savage,* and *L. N. Savage,* all of Rockport, for appellant.

*Thomas W. Lindsey,* of Evansville, for appellee.

DRAPER, C. J.—This action was instituted by appellee by an original complaint to vacate and set aside a default judgment theretofore rendered against him and in favor of appellant. The court below, to which the cause was venued, granted that relief; appellant's motion for new trial was overruled and he attempts to prosecute an appeal to this court.

The judgment sought to be appealed from is not a final, appealable judgment within the meaning of our statutes authorizing appeals. § 2-3201, Burns' 1933. *Karnes, Admr.* v. *Perisho* (1938), 104 Ind. App. 584, 12 N. E. (2d) 403; *Soil* v. *Soil* (1936), 102 Ind. App. 112, 1 N. E. (2d) 311; *Woodard* v. *Killen* (1925), 196 Ind. 570, 148 N. E. 195.

The appeal is therefore dismissed on the court's own motion.

NOTE.—Reported in 58 N. E. (2d) 942.